ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
BRIAN G. SARDELLI
JOSEPH E. KOEHLER
Assistant U.S. Attorneys
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: brian.sardelli@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-754-TUC-CKJ (JJM) |
| Plaintiff, | |
| v. | PLEA AGREEMENT |
| **Serapio Flores-Bahena,** | |
| Defendant. | |

The United States of America and the defendant agree to the following disposition of this matter:

### PLEA

The defendant agrees to plead guilty to the Information charging the defendant with a violation of Title 18, United States Code, Section 4, Misprision of a Felony.

### Elements of Misprision of a Felony

1. The crime of Transportation of Illegal Aliens was committed by someone other than the defendant;

2. The defendant had actual knowledge of that fact;

3. The defendant failed to notify authorities of the offense; and

4. The defendant took an affirmative step to conceal the crime.

**TERMS**

The defendant understands the guilty plea is conditioned upon the following terms, stipulations, and requirements:

**Maximum Penalties**

(a) A violation of Title 18, United States Code, Section 4, is punishable by a maximum fine of $250,000.00, or a maximum term of imprisonment of three years, or both.

(b) Pursuant to Title 18, United States Code, Section 3561, et seq., at the sole discretion of the Court, and even if probation is available, the defendant instead may be sentenced to a term of imprisonment with up to one year of supervised release to follow under §§ 5D1.1 and .2 of the Sentencing Guidelines.

(c) Pursuant to the Sentencing Guidelines issued under the Sentencing Reform Act of 1984, the Court shall order the defendant to pay a fine unless the defendant establishes the applicability of the exceptions contained in § 5E1.2(f) of the Guidelines.

(d) Pursuant to 18 U.S.C. Section 3013(a), the defendant shall pay a special assessment of $100.00 for each count to which the defendant is pleading guilty. The special assessment is due and payable at the time the defendant enters the plea of guilty, but in no event shall be paid later than the time of sentencing unless the defendant is indigent. If the defendant is indigent, the special assessment will be collected according to the provisions of Chapters 227 and 229 of Title 18, United States Code.

**Agreements Regarding Sentence**

(e) Pursuant to Rule 11(e)(1)(C), Fed. R. Crim. P., the government and the defendant stipulate and agree that the following is an appropriate disposition of this case is a sentencing range is **12 - 18** months confinement. The United States makes no promises or agreements regarding whether or not the Defendant will or will not be removed from the United States.

(f) If the Court, after reviewing this plea agreement, concludes any provision is inappropriate, it may reject the plea agreement, giving the defendant, in accordance with Rule 11(e)(4), Fed. R. Crim. P., an opportunity to withdraw the defendant's guilty plea.

**Waiver of Defenses and Appeal Rights**

The defendant waives any and all motions, defenses, probable cause determinations, and objections which defendant could assert to the information or indictment or to the Court's entry of judgment against defendant and imposition of sentence upon defendant, provided that the sentence is consistent with this agreement. Defendant further waives: (1) any right to appeal the Court's entry of judgment against him; (2) any right to appeal the imposition of sentence upon him under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack. The defendant acknowledges that this waiver shall result in the dismissal of any appeal or collateral attack the defendant might file challenging his conviction or sentence in this case. If the defendant files a notice of appeal, notwithstanding this agreement, the defendant agrees that this case shall, upon motion of the government, be remanded tot he district court to determine whether the defendant is in breach of this agreement and, if so, to permit the government to withdraw from the plea agreement.

In addition to waiving her right to a trial by jury, defendant is waiving her right, if any, to have a jury make factual findings beyond a reasonable doubt to support upward adjustments and departures under the United States Sentencing Guidelines. Defendant agrees that the Court may make such findings at sentencing, based on a consideration of all reliable evidence, including hearsay and defendant's admissions, under a beyond a reasonable doubt standard. Defendant also waives her right, if any, to have such facts alleged in the information.

**Re-institution of Prosecution**

If the defendant's guilty plea is rejected, withdrawn, vacated, or reversed by any court in a later proceeding, the government will be free to prosecute the defendant for all charges as to which it has knowledge, and any charges that have been dismissed because of this plea agreement will be automatically reinstated. In such event, defendant waives any objections, motions, or defenses based upon the Speedy Trial Act.

**Disclosure of Information to U.S. Probation Office**

The defendant understands the government's obligation to provide all information in its file regarding defendant to the United States Probation Office.

The defendant fully understands and agrees to cooperate fully with the United States Probation Office in providing:

1. All criminal history information, i.e., all criminal convictions as defined under the Sentencing Guidelines.

2. All financial information, e.g., present financial assets or liabilities that relate to the ability of the defendant to pay a fine or restitution.

3. All history of drug abuse which would warrant a treatment condition as part of sentencing.

4. All history of mental illness or conditions which would warrant a treatment condition as a part of sentencing.

**Effect on Forfeiture Proceedings**

Nothing in this agreement shall be construed to protect the defendant from civil forfeiture proceedings or prohibit the United States from proceeding with and/or initiating an action for civil forfeiture. Further, this agreement does not preclude the United States from instituting any civil proceedings as may be appropriate now or in the future.

## WAIVER OF DEFENDANT'S RIGHTS AND FACTUAL BASIS

**Waiver of Rights**

I have read each of the provisions of the entire plea agreement with the assistance of counsel and understand its provisions. I have discussed the case and my constitutional and other rights with my attorney. I understand that by entering my plea of guilty I will be giving up my right to plead not guilty; to trial by jury; to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination; all with the assistance of counsel, to be presumed innocent until proven guilty beyond a reasonable doubt, and to appeal.

I agree to enter my guilty plea as indicated above on the terms and conditions set forth in this agreement.

I have been advised by my attorney of the nature of the charge to which I am entering my guilty plea. I have further been advised by my attorney of the nature and range of the possible sentence.

My guilty plea is not the result of force, threats, assurance or promises other than the promises contained in this agreement. I agree to the provisions of this agreement as a voluntary act on my part,
rather than at the direction of or because of the recommendation of any other person, and I agree to be bound according to its provisions. I agree that any Guideline Range referred to herein or discussed with my attorney is not binding on the Court and is merely an estimate.

I agree that this written plea agreement contains all the terms and conditions of my plea and that promises made by anyone (including my attorney) that are not contained within this <u>written</u> plea agreement are without force and effect and are null and void.

I am satisfied that my defense attorney has represented me in a competent manner.

I am not now on or under the influence of any drug, medication, liquor, or other intoxicant or depressant, which would impair my ability to fully understand the terms and conditions of this plea agreement.

### Factual Basis

I further agree that the following facts accurately describe my conduct in connection with the offense to which I am pleading guilty and that if this matter were to proceed to trial the government could prove the these facts beyond a reasonable doubt:

Between on or about August 1st, 2006 and April 15th, 2010, I, **Serapio Flores-Bahena**, allowed my vehicle to be used to transport illegal aliens at or near Tucson, Arizona. I knew there were individuals being transported in my vehicles who were illegal aliens and that they were paying money to be transported further into the United States. Despite this I did not inform any judge, law enforcement, or other official of the existence of this felony.

4/20/2012
Date

**Serapio Flores-Bahena**
Defendant

### DEFENSE ATTORNEY'S APPROVAL

I have discussed this case and the plea agreement with my client in detail and have advised the defendant of all matters within the scope of Rule 11, Fed. R. Crim. P., the constitutional and other rights of an accused, the factual basis for and the nature of the offense to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea, including the defendant's waiver of the right to appeal. No assurances, promises, or representations have been given to me or to the defendant by the government or by any of its representatives which are not contained in this written agreement. I concur in the entry of the plea as indicated above and on the terms and conditions set forth in this agreement as in the best interests of my client. I agree to make a bona fide effort to ensure the guilty plea is entered in accordance with all the requirements of Rule 11, Fed. R. Crim. P.

4/28/2012
Date

_____
Matthew McGuire, Esq.
Attorney for Defendant

## GOVERNMENT'S APPROVAL

I have reviewed this matter and the plea agreement. I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

5-14-12
Date

_____
BRIAN G. SARDELLI
Assistant U.S. Attorney